UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ANNA STAFFORD, A.H., minor child**,               Civil Case No. 3:13-CV-01057-KI

        Plaintiffs,                                          JUDGMENT

  v.

**HEIFETZ HALLE CONSULTING GROUP, LLC**,

        Defendant.

    Anna Stafford
    5590 SE Nelson Rd.
    Olalla, WA 98359

        Pro Se Plaintiff

Page 1 - JUDGMENT

KING, Judge:

Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this   21st   day of August,  2013.

                                            /s/ Garr M. King
                                            GARR M. KING
                                            United States District Court Judge